**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| **JEFFREY WATTS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **NO. 1:24-cv-00084** |
| **v.** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **DAVE NORDON, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

# ORDER

Pending before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 53) recommending Defendants' motion to dismiss (Doc. No. 49) be denied. The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service. No objections have been filed.

The Court has reviewed the Report and Recommendation (Doc. No. 53) and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, Defendants' motion to dismiss (Doc. No. 49) is **DENIED**.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE